**PETROL STOPS NORTHWEST,
Gas-a-Tron of Arizona, and
Coinoco, Appellees,**

v.

**UNITED STATES of America,
Respondent,**

**Douglas Oil Company of California, Phillips Petroleum Company, Appellants.**

**No. 77–2305.**

United States Court of Appeals,
Ninth Circuit.

Sept. 28, 1979.

Before CARTER and GOODWIN, Circuit Judges, and SOLOMON,* District Judge.

### ORDER

The above-entitled cause is remanded to the United States District Court for the Central District of California to accomplish, together with the District Court of Arizona, further proceedings in harmony with the opinion of the United States Supreme Court in *Douglas Oil Co. of California v. Petrol Stop Northwest*, 441 U.S. 211, 99 S.Ct. 1667, 60 L.Ed.2d 156, (1979).

---

* The Honorable Gus J. Solomon, Senior United States District Judge for the District of Oregon, sitting by designation.